1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  GEORGE S. KHOURY(State Bar #074414)
   *A PROFESSIONAL LAW CORPORATION*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/444-5800
   Facsimile:   415/444-5805
5  Email:       tfrankovich@disabilitieslaw.com

6  Attorney for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,                                      ) | **CASE NO.  CV-12-5993-EMC** |
|             Plaintiff,                            ) | |
| v.                                                ) | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| 100 % SWEET CAFÉ; JAMES MO-TAI CHAN and WENDY WAN-LI CHEN, TRUSTEES OF THE CHAN/CHEN FAMILY TRUST, U.D.T.; and DENISE O. W. LU, an individual d.b.a. 100% SWEET CAFÉ, ) | |
|             Defendants.                           ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**          **CASE NO.  CV-12-5993-EMC**

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 26, 2013             THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

                                   By:   */s/ Thomas E. Frankovcih*
                                              Thomas E. Frankovich
                                   Attorneys for CRAIG YATES

Dated: July 28, 2013            LAW OFFICES OF JEFFREY A. CHEN

                                   By:   */s/ Jeffery A. Chen*
                                           Jeffrey A. Chen
                                   Attorney for Defendants JAMES MO-TAI CHAN and WENDY WAN-LI CHEN, TRUSTEES OF THE CHAN/CHEN FAMILY TRUST, U.D.T.; and DENISE O. W. LU, an individual d.b.a. 100% SWEET CAFÉ,

## ORDER

    IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated:   7/30  , 2013

                                   Honorable Magistrate Edw[ard M. Chen]
                                   UNITED STATES DISTRI[CT]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*